# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

CALVIN KLEIN TRADEMARK TRUST and
CALVIN KLEIN, INC.

Plaintiffs,

v.

CALVINKLEINFACTORYOUTLET.COM
AND THE INDIVIDUALS AND ENTITIES
OPERATING
CALVINKLEINFACTORYOUTLET.COM,

Defendants.

Case No. 22-cv-04718
Judge Edmond E. Chang

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

☐ in favor of defendant(s)

and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment entered in favor of the Plaintiffs and against the Defendant in the amount of fifty-thousand dollars ($50,000). Permanent injunction entered.

This action was *(check one)*:

☐ tried by a jury with Judge ____ presiding, and the jury has rendered a verdict.
☐ tried by Judge ____ without a jury and the above decision was reached.
☒ decided by Judge Edmond E. Chang on a motion for default judgment.

Date: 11/3/2022

Thomas G. Bruton, Clerk of Court

Claire E. Newman, Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CALVIN KLEIN TRADEMARK TRUST and CALVIN KLEIN, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CALVINKLEINFACTORYOUTLET.COM AND THE INDIVIDUALS AND ENTITIES OPERATING CALVINKLEINFACTORYOUTLET.COM, <br><br> Defendants. | Case No. 22-cv-04718 <br><br> **Judge Edmond E. Chang** <br><br> **Magistrate Judge Jeffrey Cole** |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiffs Calvin Klein Trademark Trust and Calvin Klein, Inc. (collectively, "Plaintiffs") against the fully interactive e-commerce stores[1] operating under the seller aliases identified on Schedule A attached hereto (collectively, the "Seller Aliases"), and Plaintiffs having moved for entry of Default and Default Judgment against the Seller Aliases (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiffs a temporary restraining order and preliminary injunction against Defaulting Defendants which included a domain name transfer order and asset restraining order;

Plaintiffs having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Domain Names.

1

Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Second Amended Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and have sold products using infringing and counterfeit versions of Plaintiffs' federally registered trademarks ("Plaintiffs' Trademarks") to residents of Illinois. A list of Plaintiffs' Trademarks is included in the below chart.

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| 1,993,879 | CALVIN KLEIN | For: watches and jewelry in class 014. |
| 1,418,226 | CALVIN KLEIN | For: eyeglass frames and sunglasses in class 009. |
| 2,069,292 | CK CALVIN KLEIN JEANS | For: women's, men's, boys and girls wearing apparel, namely, shirts, T-shirts, tank tops, blouses, jackets, sport coats, pants, dresses, shorts, walking shorts, skirts, jeans, gloves, suits, blazers, clothing belts, socks, tights, hats; outerwear, namely, jackets, coats, vests, sweaters, shearling, shearling jackets, rain wear, rain coats, capes, ponchos, warm-up suits, scarves, shawls, and clothing ties in class 025. |

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| | | For: advertising agencies and developing promotional campaigns for businesses in class 035.<br><br>For: design services for others in the field of clothing and retail boutique store services in class 042. |
| 2,314,144 | CK | For: jewelry and watches in class 014. |
| 1,932,699 | Calvin Klein | For: briefs, boxer shorts, athletic shirts and bottoms, t-shirts and tank tops, undershirts, underpants and undershirts, robes, knitted and woven sleepwear, namely sleep shirts, pajama tops, pajama bottoms, smoking jackets, knitted and woven loungewear, including lounging pants and tops, and lounge jackets in class 025. |
| 1,819,048 | Calvin Klein | For: men's wearing apparel; namely, suits, sports jackets; blazers, dinner jackets, pants, jeans, outer coats, raincoats, shirts, vests, sweaters, ties, belts; women's wearing apparel; namely, jeans, and gloves; children's wearing apparel; namely, dresses, skirts, jeans and shirts in class 025. |
| 1,633,261 | Calvin Klein | For: men's and boys' underwear and men's and boys' shorts; women's and girls' underwear (including brassieres and underpants); women's nightgowns in class 025. |
| 1,604,663 | Calvin Klein | For: women's handbags, wallets, billfolds, french purses, briefcase type leather portfolios and briefcase type leather organizer, key case, key fobs, change purses, luggage, vanity cases, overnight cases, duffle bags, suit bags, tote bags, trunks, briefcases, attaché cases and suit cases in class 018. |

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| 2,483,764 | cK | For: eyeglass frames, sunglasses in class 009.<br><br>For: clothing caps and hats in class 025.<br><br>For: advertising agencies and developing promotional campaigns for businesses in class 035.<br><br>For design for others in the field of clothing and retail clothing boutiques in class 042. |
| 2,454,886 | cK | For: eyeglass frames, sunglasses in class 009.<br><br>For: watches and clocks in class 014.<br><br>For: clothing, footwear and headwear for women, men, boys and girls, namely, jump suits, shirts, blouses, jackets, bathing suits, pants, belts, shorts, warm-up suits, sweatpants and sweatshirts, walking shorts, jeans, knitted tops, stockings, tights, hats, caps, coats, outer coats, sweater, skirts, coats, t-shirts, beach and swimming cover-ups, tank tops, camisoles; tennis and golf apparel, namely, dresses, tops, skirts, pants, and shorts; footwear, namely, shoes, active sport shoes, sneakers, boots, slippers; blazers, pants, socks in class 025.<br><br>For: advertising agencies and developing promotional campaigns for businesses in class 035.<br><br>For: design for others in the field of clothing and retail clothing boutiques in class 042. |

4

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| 2,080,100 | cK | For: women's, men's, boys and girls wearing apparel, namely, shirts, t-shirts, jump suits, tank tops, blouses, jackets, bathing suits, beach and swimming cover-ups, pants, dresses, shorts, walking shorts, skirts, jeans, gloves, sports jackets, blazers, belts, socks, stockings, tights, hats, outerwear, namely jackets, coats, sweaters, rainwear, raincoats, capes, ponchos, shoes, boots, slippers, tennis and golf dresses, tennis and golf shorts, warm-up suits, scarves, shawls in class 025. |
| 2,076,377 | cK | For: handbags, wallets, key cases, change purses, cosmetic bags and pouches sold empty, briefcase-type portfolios, suit bags, trunks for traveling, suitcases, umbrellas, billfolds, duffle bags, tote bags, briefcases and attaché cases, luggage, overnight cases, toilet kits sold empty, credit card holders, business card holders, eyeglass cases made from leather or imitation thereof in class 018. |
| 2,074,471 | cK | For: men's underwear, sleepwear and loungewear products, namely briefs, boxer shorts, athletic shirts and bottoms, t-shirts and tank tops, undershirts, underpants and undershirts, robes, knitted and woven sleepwear, namely sleep shirts, pajama tops, pajama bottoms, breakfast jackets, smoking jackets, bed jackets and cover-ups, knitted and woven loungewear, including lounging pants and tops, and lounge jackets; boy's underwear, namely briefs and boxer shorts in class 025. |

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| 2,064,064 | cK | For: women's and girl's intimate apparel, sleepwear and loungewear, bodywear, namely foundations, bras, girdles, garter belts, one piece bra and girdle, corselettes, body stockings, control briefs, control hipsters, control bikinis, bra slips, bra top camisoles, waist cinchers, bustiers, merry widows, camisettes, leotards and unitards, daywear, namely culottes, bikinis, hipsters, briefs, slips, blouse-slips, camisole-slips, chemise slips, culotte slips, evening slips, maternity slips, panty slips, princess slips, shadow panel slips, strapless slips, suite slips, tailored slips, half-slips, petti-slips, bra-slips, chemises, teddies, camisoles, bra top camisoles, bralettes, tap pants and petti-pants, daywear, loungewear, sleepwear and bodywear, namely nightgowns, toga nightgowns, night shirts, pajamas, shortie pajamas, baby doll pajamas, T-shirt pajamas, French maid sleepers, harem pajamas, hostess culottes, lounging pajamas, rompers, sleep shorts, peignoirs, bed jackets, caftans, jumpsuits, teddies, bathrobes, dressing gowns, kimonos, housecoats, beach togas, beach wrap-ups, breakfast coats, brunch coats, hooded bathrobes, dusters, hostess robes, kabuki robes, lounging robes and monk's robes, bra tops, crop tops and leggings, excluding women's hosiery in class 025. |
| 2,192,526 | Calvin Klein cK | For: watches, excluding (14k and 18k gold jewelry) in class 014. |
| 2,144,299 | Calvin Klein cK | For: eyeglass frames and sunglasses in class 009. |

6

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| 2,142,329 | Calvin Klein CK | For: handbags, wallets, keycases, change purses, cosmetic cases sold empty, briefcase-type portfolios, suit bags, luggage trunks, suitcases, umbrellas, billfolds, duffelbags, totebags, briefcases and attaché cases, luggage and overnight cases in class 018. |
| 1,951,987 | Calvin Klein CK | For: handbags, wallets, key cases, change purses, cosmetic bags and pouches sold empty, briefcase-type portfolios, suit bags trunks for traveling, suitcases, umbrellas, billfolds, duffle bags, tote bags, briefcases and attaché cases, luggage, overnight cases in class 018. |
| 1,810,850 | Calvin Klein CK | For: women's, men's, boys and girls wearing apparel; namely, shirts, blouses, jackets, bathing suits, beach and swimming cover-ups, pants, dresses, shorts, skirts, jeans, gloves, suits, sports jackets, belts, socks, underwear, stockings, tights, hats, outerwear; namely, coats and vests, sweaters, T-shirts, rainwear, raincoats, tank tops, shoes, boots, slippers, blazers, bras, nightgowns, robes, scarves and shawls in class 025. |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

IT IS HEREBY ORDERED that Plaintiffs' Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting in active concert with them be permanently enjoined and restrained from:

    a. using Plaintiffs' Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Plaintiffs' product or not authorized by Plaintiffs to be sold in connection with Plaintiffs' Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Plaintiffs' product or any other product produced by Plaintiffs, that is not Plaintiffs' or not produced under the authorization, control or supervision of Plaintiffs and approved by Plaintiffs for sale under Plaintiffs' Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defendants' Unauthorized products are those sold under the authorization, control or supervision of Plaintiffs, or are sponsored by, approved by, or otherwise connected with Plaintiffs;

    d. further infringing Plaintiffs' Trademarks and damaging Plaintiffs' goodwill; and

    e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiffs, nor authorized by Plaintiffs to be sold or offered for sale, and which bear any of Plaintiffs' trademarks, including the Plaintiffs' Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. The domain name registries for the Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within seven (7) calendar days of receipt of this Order, shall, at Plaintiffs' choosing:

   a. transfer the Domain Names to Plaintiffs' control, including unlocking and changing the registrar of record for the Domain Names to a registrar of Plaintiffs' selection; or

   b. disable the Domain Names and make them inactive and untransferable.

3. The domain name registrars, including, but not limited to, GoDaddy Operating Company, LLC ("GoDaddy"), Name.com, PDR LTD. d/b/a PublicDomainRegistry.com ("PDR"), and Namecheap Inc. ("Namecheap"), within seven (7) calendar days of receipt of this Order, shall take any steps necessary to transfer the Domain Names to a registrar account of Plaintiffs' selection.

4. Any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces and Domain Names, including, without limitation, any online marketplace platforms such as eBay Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Walmart, Inc. ("Walmart"), Etsy, Inc. ("Etsy"), and DHgate, (collectively, the "Third Party Providers") shall, within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Plaintiffs' Trademarks.

5. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiffs are awarded statutory damages from each of the Defaulting Defendant in the amount of fifty thousand dollars ($50,000) for willful use of counterfeit Plaintiffs' Trademarks in connection with the sale of products through at least the Seller Aliases. This substantial award is the appropriate amount in balancing the need for some measure of compensation and deterrence, while avoiding over-punishment. The infringement is brazen given the outright appropriation of the Plaintiffs' Trademarks, even to the point of incorporating the Calvin Klein name into the Defendant's website name. Also, the infringing goods are quite costly, as much as $117, and offering a wide variety of clothing items. R. 22. On top of that, the Defendant touts that it has been in business since 2012, a substantial time period. R. 22 at 13.

6. Plaintiffs may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, by e-mail delivery to the e-mail addresses Plaintiffs used to serve the Temporary Restraining Order on the Third Party Providers.

7. Any Third Party Providers holding funds for the Defaulting Defendants, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases, Online Marketplaces, or Domain Names from transferring or disposing of any funds, up to the above identified statutory damages award, or other of Defaulting Defendants' assets.

8. All monies, up to the above identified statutory damages award, in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, are hereby released to Plaintiffs as partial payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, are ordered to release to Plaintiffs the amounts from Defaulting Defendants' financial accounts within seven (7) calendar days of receipt of this Order.

9. In the event that Plaintiffs identify any additional online marketplace accounts, domain names or financial accounts owned by Defaulting Defendants, Plaintiffs may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibits 3 and 4 to the Declaration of Dawn Buonocore-Atlas and any e-mail addresses provided for Defaulting Defendants by third parties.

10. The ten thousand dollar ($10,000.00) surety bond posted by Plaintiffs is hereby released to Plaintiffs or their counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiffs or their counsel.

This is a Final Judgment.

DATED: November 3, 2022

                                                                                   Edmond E. Chang
                                                                                   United States District Judge

**Calvin Klein Trademark Trust & Calvin Klein, Inc. v. calvinkleinfactoryoutlet.com and the Individuals and Entities Operating calvinkleinfactoryoutlet.com –
Case No. 22-cv-04718**

# Schedule A

| Defendant Domain Names | | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | calvinkleinfactoryoutlet.com | calvinkleinfactoryoutlet.com |